# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRP ENTERTAINMENT, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BC ENTERTAINMENT, INC., *et al.*,<br><br>    Defendants. | Case No. 2:08-cv-00579-LDG (RJJ)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Defendant/Counterclaimant Barrie Cunningham's Motion for Correction of Oversight Under Rule 60(A), or Alternatively, Motion for Reconsideration of Order Dismissing Case without Prejudice and Motion to Reopen Case and for Entry of Proposed Partial Judgment (#63) is GRANTED;

THE COURT FURTHER **ORDERS** that the March 30, 2011, Order dismissing this matter for want of prosecution (#61) is VACATED;

1 THE COURT FURTHER **ORDERS** that the Clerk of the Court shall re-open this
2 matter.
3
4 DATED this ___19___ day of May, 2011.

_____
Lloyd D. George
United States District Judge

2