ORIGINAL

Barrie Cunningham
69 Ice Fall Ave.
Las Vegas, NV 89183-8507
Telephone: (702) 898-7542
Facsimile: (702) 898-7542

*In Pro Per*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRP ENTERTAINMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BC ENTERTAINMENT, INC., *et al.*,<br><br>Defendants.<br><br>BC ENTERTAINMENT, INC., *et al.*,<br><br>Counterclaimants,<br><br>v.<br><br>TRP ENTERTAINMENT, LLC,<br><br>Counterdefendant. | Case No. 2:08-cv-0579-LDG (RJJ)<br><br>**PARTIAL JUDGMENT** |

The Court, having reviewed and considered the Motion for Partial Summary Judgment (Document #23) filed by Defendant/Counterclaimant Barrie Cunningham ("Cunningham"), the Opposition filed by Plaintiff/Counterdefendant TRP Entertainment, LLC ("TRP") (Documents #27 and 28), and Cunningham's Reply (Document #29), hereby enters the following partial summary judgment in favor of Cunningham on Cunningham's First Counterclaim for Declaratory Relief and on Cunningham's Second Counterclaim requesting Modification of TRP Entertainment, LLC's Trademark Registration No. 2,640,066 to add a disclaimer of the term "RAT PACK" consistent with this Court's Order

dated September 28, 2009 (Document No. 49):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that partial summary judgment be entered in favor of Barrie Cunningham as to Barrie Cunningham's First Counterclaim for Declaratory Relief of Genericness;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the term "The Rat Pack" is generic in the context of live shows about or in tribute to members of the Rat Pack;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the mere fact that any third party uses the term "The Rat Pack" in connection with a Rat Pack tribute show does not and cannot infringe TRP Entertainment, LLC's Trademark Registration No. 2,640,066 for "THE RAT PACK IS BACK";

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that TRP Entertainment, LLC cannot appropriate the term "The Rat Pack" for its exclusive use;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that partial summary judgment be entered in favor of Barrie Cunningham as to Barrie Cunningham's Second Counterclaim requesting Modification of TRP Entertainment, LLC.'s Trademark Registration No. 2,640,066 to add a disclaimer of the term "RAT PACK;" and

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, pursuant to 15 U.S.C. § 1119, the Director of the United States Patent and Trademark Office is hereby ordered to rectify the Principal Trademark Register with respect to TRP Entertainment, LLC.'s Trademark Registration No. 2,640,066 for the mark THE RAT PACK IS BACK by entering a disclaimer upon said registration that NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "THE RAT PACK" APART FROM THE MARK AS SHOWN.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 19 MAY 2011