# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRP ENTERTAINMENT, LLC., | |
| Plaintiff, | Case No. 2:08-cv-00579-LDG (CWH) |
| v. | **ORDER** |
| BC ENTERTAINMENT, INC., *et al*., | |
| Defendants. | |

Plaintiff TRP Entertainment, LLC, has filed a request for a stay of this action (#70). That motion, however, rests upon the premise that the Court will have also decided to to grant a Rule 54(b) motion entering final judgment as to certain claims. However, a Rule 54(b) motion has not been filed with the Court.

Counsel for the plaintiff are required to register, and have registered as, Filing Users of the Court's Electronic Filing System. Pursuant to Electronic Filing Procedure III.E, a "Filing User is responsible for designating the title of the document filed in the System using the categories provided by the System. Pursuant to Electronic Filing Procedure III.F.4, a separate document must be filed for each type of document or purpose. In filing the document docketed at #70, counsel designated the document *solely* as a motion for a stay in the Court's Electronic Filing System. The other relief requested in the document (a Rule

54(b) motion) was neither designated by counsel nor filed as a separate document in the Court's Electronic Filing system and, as such, must be considered as not having been filed. Accordingly, the only request properly presented to the Court by plaintiff is a motion to stay. As the underlying premise (that the Court will have decided to grant a Rule 54(b) motion) cannot occur because a Rule 54(b) motion has not been filed, the Court will deny the stay.[1]

Therefore, for good cause shown,

THE COURT **ORDERS** that Plaintiff's Motion for Stay (#70) is DENIED;

THE COURT FURTHER **ORDERS** that Plaintiff shall have thirty days from the entry of this Order to submit a pre-trial order.

DATED this \_\_17\_\_ day of September, 2012.

_____
Lloyd D. George
United States District Judge

---

[1] The Court would also note that, even if plaintiff had properly filed a Rule 54(b) motion, the Court would have denied such a motion.