# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRP ENTERTAINMENT, LLC, | |
| Plaintiff, | Case No. 2:08-cv-00579-LDG (CWH) |
| v. | **ORDER** |
| BC ENTERTAINMENT, INC., *et al.*, | |
| Defendants. | |
| And Related Counterclaims. | |

For good cause shown,

THE COURT **ORDERS** that Plaintiff's Motion to Dismiss Answer and Counterclaims of Defendant Barrie Cunningham (#75) is DENIED.

DATED this ___ day of November, 2012.

_____
Lloyd D. George
United States District Judge