1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

10   TRP ENTERTAINMENT, LLC,,

11        Plaintiff,                           Case No. 2:08-cv-0579-LDG (CWH)

12   v.                                        **ORDER**

13   BC ENTERTAINMENT, INC., *et al*.,

14        Defendants.

15

16        This matter is before the Court on Plaintiff TRP Entertainment, LLC's Motion to

17   Strike Defendant Barrie Cunningham's Answer to Complaint and for Dispositive Sanctions.

18   Also before the Court is TRP's *Ex Parte* (with Notice) Motion to Continue Trial (#107).

19   TRP orally moved to strike Cunningham's Answer, and for default judgment, at a hearing

20   held by the Magistrate Judge on an Order to Show Cause.  Cunningham neither attended

21   that hearing nor submitted a written brief, though he had been ordered to  address why the

22   Court should not impose sanctions, including the entry of default, for his failure to appear at

23   a scheduled settlement conference and his failure to comply with court orders.

24        The Magistrate Judge issued a Report and Recommendation (#103) in response to

25   TRP's motion for sanctions.  The Magistrate Judge recommends that TRP's motion be

26   granted, that Cunningham's answer be stricken, and that default judgment be entered

against him.  The Magistrate Judge also notified Cunningham that, pursuant to Local Rule IB 3-2, any objection to the Report and Recommendation must be in writing and must be filed within fourteen days.  Cunningham has not filed a written objection to the Report and Recommendation.

The Court has carefully reviewed the Report and Recommendation, including its detailed account of Cunningham's conduct in failing to submit a confidential settlement conference statement, in failing to attend the scheduled settlement conference, and Cunningham's communications affirmatively stating he would not attend the settlement conference.  As a result, the Magistrate Judge entered an Order to Show Cause, requiring Cunningham to both file a written brief regarding his refusal to attend the settlement conference and to attend a hearing on the Show Cause Order.  Cunningham neither filed the required written brief nor attended the Show Cause hearing.  The Court finds that the Magistrate Judge's report of Cunningham's conduct is accurate, and that the Magistrate Judge's reasoning supporting his recommendation is thorough and correct.  Finally, though the Magistrate Judge plainly recommends that Cunningham's Answer be stricken and that default judgment be entered against him, Cunningham has not objected.  Accordingly, the Court will adopt the Magistrate Judge's Report and will follow his recommendation to strike Cunningham's Answer and to enter default judgment against him.

Trial in this matter has been calendared to commence July 22, 2013.  TRP has moved to continue that trial date pending this Court's consideration of the Report and Recommendation.  TRP correctly notes that, in light of the Magistrate Judge's recommendation, the need for trial would be obviated if the Court were to adopt the recommendation.  Thus, requiring TRP to go forward with trial preparations would result in needless expense if this Court were to ultimately adopt the recommendation.  As the Court will adopt the Magistrate Judge's recommendation, TRP's motion to continue trial has been rendered moot.

Therefore,

THE COURT **ADOPTS** the Report and Recommendation (#103) in its entirety.

THE COURT **ORDERS** that TRP Entertainment, LLC's Motion to Strike Defendant Barrie Cunningham's Answer to Complaint and for Dispositive Sanctions is GRANTED;

THE COURT FURTHER **ORDERS** that Defendant Barrie Cunningham's Answer to Complaint is STRICKEN;

THE COURT FURTHER **ORDERS** that TRP Entertainment, LLC shall prepare for the Court a proposed Default Judgment to be entered by the Court against Defendant Barrie Cunningham, and shall submit such proposed Default Judgment within fourteen days of this Order.

THE COURT FURTHER **ORDERS** that TRP Entertainment, LLC's Ex Parte Motion to Continue Trial (#107) is DENIED as moot;

THE COURT FURTHER **ORDERS** that the trial set to commence on July 22, 2013, is hereby VACATED.

DATED this ___/ /___ day of July, 2013.

_____
Lloyd D. George
United States District Judge

3