# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TRP ENTERTAINMENT, LLC,

    Plaintiff,

v.

BC ENTERTAINMENT, INC., *et al*.,

    Defendants.

---

BC ENTERTAINMENT, INC., *et al.,*

    Counterclaimants,

v.

TRP ENTERTAINMENT, LLC,

    Counterdefendant.

Case No. 2:08-cv-00579-LDG

**ORDER**

Plaintiff/Counterdefendant TRP Entertainment, LLC, moves for an award of attorneys' fees in the amount of $99,087.77 (ECF No. 118). As the Court does not find this to be an exceptional case, the Court will deny the motion. 15 U.S.C.A. §1117(a) ("[t]he court in exceptional cases may award reasonable attorney fees to the prevailing party").

Early in this litigation, TRP Entertainment was the losing party on a motion for partial summary judgment on the counterclaim that the term "The Rat Pack" is generic in the context of live shows about or in tribute to members of the Rat Pack.

Subsequently, no proceedings took place in this matter for more than a year, and the Court notified TRP Entertainment that the matter would be dismissed for want of prosecution if no action was taken within 30 days. TRP Entertainment did not take any action within the 30 days, and the Court dismissed the matter for want of prosecution.

The Defendant/Counterclaimant moved the Court to reconsider dismissal of the action on the basis that a proposed partial judgment had been submitted on behalf of the Counterclaimant, but that the Court had not signed and entered the partial judgment. TRP Entertainment opposed the motion to re-open this matter. The Court granted Defendant/Counterclaimant's motion, re-opened the matter, and entered a partial judgment in favor of the Counterclaimant.

Subsequently, no proceedings took place in this matter for more than a year. The Court again notified TRP Entertainment that the matter would be dismissed for want of prosecution if no action was taken within 30 days. TRP Entertainment responded by moving to stay this matter, which motion the Court denied. TRP Entertainment moved to dismiss this matter because Defendant/Counterclaimant had not participated in preparing a Joint Pre-trial order. The Court denied that motion. The matter was scheduled for a settlement conference. While TRP Entertainment prepared for and attended that conference, Defendant/Counterclaimant did not. Ultimately, the Magistrate Judge recommended that the Defendant's answer to TRP Entertainment's complaint be stricken, and that a default judgment be entered. The Court adopted that recommendation.

TRP Entertainment then appealed this Court's Partial Judgment in favor of Counterclaimant. The Ninth Circuit rejected the appeal and affirmed this Court's decision. As a result, the Director of the United States Patent and Trademark Office was ordered to

enter a disclaimer on TRP Entertainment's Trademark Registration No. 2,640,066 that "NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE 'THE RAT PACK' APART FROM THE MARK AS SHOWN." The Court holds that, under these circumstances, this is not an exceptional case warranting an award of attorneys' fees.

Accordingly, for good cause shown,

THE COURT **ORDERS** that TRP Entertainment, LLC's Motion for Attorney's Fees (ECF No. 118) is DENIED.

DATED this \_\_\_\_ day of October, 2017.

Lloyd D. George
United States District Judge